478 A.2d 124

Commonwealth v. Wilson, Appellant.
Petition for Allowance of Appeal
Denied Oct. 1, 1984.

Argued March 8, 1984. Susan Antonelli Flynn, Assistant Public Defender,

for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, MONTEMURO and JOHNSON, JJ.

Judgment of sentence is affirmed.